Thomas Patrick O'BRIEN, Appellant,

v.

STATE of Missouri, Respondent.

No. 72120.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 24, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 29, 1997.

Application for Transfer Denied
June 16, 1998.

David C. Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Thomas Patrick O'Brien, appeals the judgment of the Circuit Court of St. Louis County, denying his Rule 24.035 motion without an evidentiary hearing after he pled guilty to first degree assault, RSMo section 565.050 (1994). We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment is not clearly erroneous. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).